IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-CV-04091-SLD |
| ) | |
| LOUIS GLOSSIP, et al., ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANTS' MOTION FOR SANCTIONS**

Defendants, Louis Glossip and Brad Abernathy, by their attorneys, IFMK Law, Ltd., hereby move for sanctions based upon Plaintiffs' failure to Defendants' discovery requests or comply with this Court's orders. In support, Defendants state:

1. On November 1, 2024, this Court granted Defendants' Motion to compel and ordered Plaintiff to respond to Defendants' written discovery requests by November 22, 2024— 21 days from the written Order. The Court warned Plaintiff that failure to do so may result in sanctions, including dismissal, pursuant to Fed. R. Civ. P. 37 upon a properly filed motion.

2. As of November 26, 2024, twenty-five (25) days from the date of the Order, Plaintiff has not responded to Defendants' discovery requests, nor did Plaintiff seek an extension of time to provide his discovery responses.

3. Under Rule 37, the Court may order sanctions where a party fails to obey an order to provide or permit discovery. Fed. R. Civ. P. 37(b)(2)(A). Sanctions may include any of those listed in Fed. R. Civ. P. 37(b)(2)(A)(i)-(vii). Dismissal is one such sanction that is explicitly listed in that incorporated section. Fed. R. Civ. P. 37(b)(2)(A)(v).

4. In addition, Rule 37 provides that if a party fails to provide information or identify a witness as requested by Rule 26(a) or (e), the court on motion may order payment of the reasonable expenses, including attorney's fees, caused by the failure. Fed. R. Civ. P. 37(c)(1)(A).

5. A district court's decision to grant sanctions, as well as the choice of which sanctions to impose, is reviewed under the abuse of discretion standard. *Donelson v. Hardy*, 931 F.3d 565, 569 (7th Cir. 2019).

6. Sanctions must be proportionate to the circumstances. *Id.* at 569. "Considerations relevant to proportionality include the extent of the misconduct, the ineffectiveness of lesser sanctions, the harm from the misconduct, and the weakness of the case." *Id.* (citations omitted).

7. Defendants request that the Court dismiss Plaintiff's case entirely as a sanction pursuant to Rule 37(b)(2)(A)(v). These sanctions are proportionate to the circumstances. Plaintiff failed to respond to Defendants' discovery requests that were sent July 10, 2024. Plaintiff also ignored this Court's Order that warned that failure to respond to Defendants' written discovery requests by November 22, 2024, may result in sanctions, including dismissal, pursuant to Fed. R. Civ. P. 37. In Defendants' view, lesser sanctions will be ineffective.

8. Should the Court decline to dismiss Plaintiff's case entirely as a sanction, then *alternatively*, Defendants' ask that the Court (1) modify the scheduling order under Rule 16(b)(4) and extend, by thirty (30) days, the discovery and dispositive motion deadline; and (2) set a deadline for Plaintiffs to pay Defendants' attorneys' fees; and dismiss the case if Plaintiffs fail to make payment.

| | |
|---|---|
| Bhairav Radia #6293600<br>Joseph D. Bracey, Jr. #6322428<br>Kyle R. Moore, #6346862<br>IFMK Law, Ltd.<br>650 Dundee Road, Suite 475<br>Northbrook, IL 60062 | Respectfully,<br><br>**Brad Abernathy**<br>**and Louis Glossip**<br><br>By:  *s/Kyle R. Moore* |

Phone: 847-291-0200
Email: bradia@ifmklaw.com
jbracey@ifmklaw.com
kmoore@ifmklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-CV-04091-SLD |
| ) | |
| LOUIS GLOSSIP, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2024, I caused the foregoing ***Defendants' Motion for Sanctions*** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to the following registered participant(s):

None

And I hereby further certify that on the same date, I caused a copy to be mailed by U.S. postal service by having the same placed in a sealed envelope with proper postage in the U.S. Mail receptacle located at 650 Dundee Road, Northbrook, Illinois, and addressed to the following:

Mr. Sean Moore, #18200-026
115 Kimmitt St.
East Galesburg, IL 61430
PRO SE

By:    *s/Kyle R. Moore*
Kyle R. Moore, #6346862