E-FILED
Tuesday, 17 December, 2024 03:24:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**SEAN MOORE,**

**Plaintiff,**

**vs.** **Case Number: 23-4091**

**LOUIS GLOSSIP, BRAD ABERNATHY, ADVANCED CORRECTIONAL HEALTH CARE INC, KNOX COUNTY SHERIFF'S OFFICE, KNOX COUNTY BOARD, and M.S.I.,**

**Defendants.**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Sean Moore's action against Defendants Louis Glossip and Brad Abernathy is dismissed with prejudice. Defendants Advanced Correctional Health Care Inc, Knox County Sheriff's Office, Knox County Board, and M.S.I., were dismissed on 9/27/2023. Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated: 12/17/2024**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court